UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| ROBERT KNIGHTON | CIVIL ACTION NO. 03-1797-A |
|---|---|
| -vs- | JUDGE DRELL |
| TIM WILKINSON, *et al.* | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, including the written objections filed herein, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that plaintiff's motion for temporary restraining order and for preliminary injunction (Doc. 13) is DENIED.

SIGNED on this 1st day of August, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge